UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                            CASE NO.: 9:24-cv-80301-DMM

THROW SOCIAL DELRAY BEACH LLC
a Florida Limited Liability Company
d/b/a THROW SOCIAL

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, THROW SOCIAL DELRAY BEACH LLC, a Florida Limited Liability Company, d/b/a THROW SOCIAL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against THROW SOCIAL DELRAY BEACH LLC, a Florida Limited Liability Company, d/b/a THROW SOCIAL; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED May 28, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Jesse Unruh** |
| Gregory S. Sconzo, Esq. | Jesse I. Unruh, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No.: 93121 |
| Sconzo Law Office, P.A. | Spire Law, PLLC |
| 3825 PGA Boulevard, Suite 207 | 2572 W. State Road 426, Suite 2088 |
| Palm Beach Gardens, FL 33410 | Oviedo, Florida 32765 |
| Telephone: (561) 729-0940 | jesse@spirelawfirm.com |
| Facsimile: (561) 491-9459 | marcela@spirelawfirm.com |
| Email: greg@sconzolawoffice.com | filings@spirelawfirm.com |
| Email: alexa@sconzolawoffice.com | Attorneys for Defendant |
| Attorney for Plaintiff | |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**